Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Providential Lending Services LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-4644240** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**PO Box 30031**<br>**Mesa, AZ 85275**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Providential Lending Services LLC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Providential Lending Services LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Providential Lending Services LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 5, 2025**
MM / DD / YYYY

X **/s/ John Conover**
Signature of authorized representative of debtor

**John Conover**
Printed name

Title **Manager**

Email Address of debtor

**18. Signature of attorney**

X **/s/ Joseph G. Urtuzuastegui III**
Signature of attorney for debtor

Date **May 5, 2025**
MM / DD / YYYY

**Joseph G. Urtuzuastegui III**
Printed name

**The Real Estate Investor Law Firm, LLC**
Firm name

**4535 E McKellips Rd**
**Suite 1093**
**Mesa, AZ 85215**
Number, Street, City, State & ZIP Code

Contact phone **480-326-9832**     Email address **joe@reilawfirm.com**

**034757 AZ**
Bar number and State

Fill in this information to identify the case:
Debtor name    **Providential Lending Services LLC**
United States Bankruptcy Court for the:    **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arizona Department of Revenue**<br>**Attn: Education and Compliance/Lien Dpt**<br>**PO Box 29070**<br>**Phoenix, AZ 85038-9070** | | **Transaction Privilege Tax** | **Contingent Disputed Subject to Setoff** | | | **$67,415.83** |
| **Arizona Department of Revenue**<br>**2005 N Central Avenue**<br>**Suite 100**<br>**Phoenix, AZ 85004** | | **Notice Only** | **Unliquidated Disputed Subject to Setoff** | | | **Unknown** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19100-7346** | | **Notice Only** | **Contingent Disputed Subject to Setoff** | | | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1627 N. Daley, Mesa, Arizona 85203-3309 APN: 136-27-514, Maricopa County, Arizona**<br><br>**Cross-collateralized Residential Real Property** | **Contingent Unliquidated Disputed** | **Unknown** | **$525,000.00** | **Unknown** |

| Debtor | **Providential Lending Services LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1544 E Indigo St, Mesa, Arizona 85203-3359 APN: 136-27-535, Maricopa County, Arizona**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$480,000.00** | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1231 E Grandview St., Mesa, AZ 85203-4437 APN: 136-31-167 Maricopa County, Arizona**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$500,000.00** | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1701 N Barkley, Mesa, AZ 85203-3307 APN 136-27-523**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$655,000.00** | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1852 N Oracle, Mesa, AZ 85203-2879 Maricopa Assessor Parcel # 136-34-019**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$495,000.00** | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1956 N Harris Dr, Mesa, AZ 85203-2733 Maricopa Assessor Parcel # 136-32-022**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$420,000.00** | **Unknown** |
| **Phh Mortgage Services**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | | **1324 E Indigo Cir, Mesa, AZ 85203-3363 Maricopa Assessor Parcel # 136-27-469**<br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$410,000.00** | **Unknown** |

| Debtor | **Providential Lending Services LLC** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Phh Mortgage Services<br>1 Mortgage Way<br>Mount Laurel, NJ 08054** | | **1525 E Indigo St, Mesa, AZ 85203-3322 Maricopa Assessor Parcel # 136-27-516**<br><br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$450,000.00** | **Unknown** |
| **Phh Mortgage Services<br>1 Mortgage Way<br>Mount Laurel, NJ 08054** | | **1242 E Gary Cir, Mesa, AZ 85203-4430 Maricopa Assessor Parcel # 136-31-172**<br><br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$510,000.00** | **Unknown** |
| **Phh Mortgage Services<br>1 Mortgage Way<br>Mount Laurel, NJ 08054** | | **130 E 2Nd Ave, Mesa, AZ 85210-1410 Maricopa Assessor Parcel # 138-46-021**<br><br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$345,000.00** | **Unknown** |
| **Phh Mortgage Services<br>1 Mortgage Way<br>Mount Laurel, NJ 08054** | | **5059 E Casper St, Mesa, AZ 85205-7231 Maricopa Assessor Parcel # 140-16-397**<br><br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$405,000.00** | **Unknown** |
| **Phh Mortgage Services<br>1 Mortgage Way<br>Mount Laurel, NJ 08054** | | **1902 N Barkley Unit 9, Mesa, AZ 85203-2736 Maricopa Assessor Parcel # 136-32-119**<br><br>**Cross-Collateralized** | **Contingent Unliquidated Disputed** | **Unknown** | **$393,000.00** | **Unknown** |
| **Tesla Inc<br>12832 S Frontrunner Blvd<br>Suite 100<br>Draper, UT 84020** | SRPFiling@cscglobal.com | **1956 N Harris Dr, Mesa, AZ 85203-2733 Maricopa Assessor Parcel # 136-32-022** | | **Unknown** | **$420,000.00** | **Unknown** |

| Debtor | **Providential Lending Services LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tesla Inc<br>12832 S Frontrunner Blvd<br>Suite 100<br>Draper, UT 84020** | | **1525 E Indigo St, Mesa, AZ 85203-3322 Maricopa Assessor Parcel # 136-27-516** | | **Unknown** | **$450,000.00** | **Unknown** |

Providential Lending Services LLC -


ARIZONA DEPARTMENT OF REVENUE
ATTN: EDUCATION AND COMPLIANCE/LIEN DPT
PO BOX 29070
PHOENIX AZ 85038-9070


ARIZONA DEPARTMENT OF REVENUE
2005 N CENTRAL AVENUE
SUITE 100
PHOENIX AZ 85004


CITY OF MESA
CODE HEARING OFFICE
PO BOX 1466
MESA AZ 85211-1466


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19100-7346


KERRY & LESLEE LEONARD
795 JACKS WILD RD
SHOW LOW AZ 85901


PHH MORTGAGE SERVICES
1 MORTGAGE WAY
MOUNT LAUREL NJ 08054


PIONEER TITLE AGENCY INC
1550 E MISSOURI AVE
PHOENIX AZ 85014


TESLA INC
12832 S FRONTRUNNER BLVD
SUITE 100
DRAPER UT 84020

# United States Bankruptcy Court
### District of Arizona

In re  **Providential Lending Services LLC**                              Case No.  _____
                              Debtor(s)                                   Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Providential Lending Services LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 5, 2025 | /s/ Joseph G. Urtuzuastegui III |
| Date | **Joseph G. Urtuzuastegui III** |
| | Signature of Attorney or Litigant |
| | Counsel for **Providential Lending Services LLC** |
| | **The Real Estate Investor Law Firm, LLC** |
| | **4535 E McKellips Rd** |
| | **Suite 1093** |
| | **Mesa, AZ 85215** |
| | **480-326-9832** |
| | **joe@reilawfirm.com** |